1  JEFFREY A. TOPOR (195545)
   jtopor@snllp.com
2  SARAH H. SCHEINHORN (SBN 294759)
   sscheinhorn@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile: (415) 352-2625

6  Attorneys for Defendant
   Hunt & Henriques

7

8
                     UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11 | JUANITA PHILLIPS, an individual,   )  CASE NO. 2:14-cv-03429-DDP-PJW
                                        )
12 |        Plaintiff,                  )
                                        )  **NOTICE OF SETTLEMENT**
13 |                                    )
                                        )
14 |   vs.                              )
                                        )
15 |                                    )
   HUNT AND HENRIQUES, a                )
16 California Law Partnership,          )
   MIDLAND FUNDING LLC, a               )
17 Limited Liability Company, AND       )
   DOES 1-10,                           )
18                                      )
           Defendants.                  )
19 |_____ )

1      NOTICE IS HEREBY GIVEN that Plaintiff, JUANITA PHILLIPS, has settled
2 her case with Defendants HUNT AND HENRIQUES and MIDLAND FUNDING,
3 LLC. The parties are in the process of finalizing the settlement agreement and
4 anticipate filing a joint request for dismissal, with prejudice, within forty (40) days.

6 DATED: July 7, 2014           SIMMONDS & NARITA LLP
                                               JEFFREY A. TOPOR
7                                          SARAH H. SCHEINHORN

9                          By:   s/Sarah H. Scheinhorn
                                                          Sarah H. Scheinhorn
10                                                  Attorneys for defendant
                                                 Hunt & Henriques

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28